IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JUL 1 0 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | **3:24 CR 240** |
| Plaintiff, ) | **JUDGE KNEPP** |
| ) | |
| v. ) | CASE NO. _____ **MAGISTRATE JUDGE CLAY** |
| ) | Title 18, United States Code, |
| DANNIE WIREMAN, III ) | Sections 922(g)(1) and 924(a)(8); |
| ) | Title 26, United States Code, |
| Defendant. ) | Sections 5841, 5861(d), and 5871 |
| ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about March 6, 2024, in the Northern District of Ohio, Western Division, Defendant DANNIE WIREMAN, III, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Burglary, on or about September 14, 2009, in Cause Number 37D01-0901-FB-004, in the Jasper Superior Court, Rensselaer, Indiana, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Mossberg, Model 500, 20 gauge shotgun, bearing serial number D37960, said firearm having been shipped or transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

ORIGINAL

COUNT 2
(Receipt or Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d), and 5871)

The Grand Jury further charges:

2. On or about March 6, 2024, in the Northern District of Ohio, Western Division, Defendant DANNIE WIREMAN, III, knowingly received and possessed a firearm, to wit: a Harrington & Richardson, Model 1900, 12 gauge shotgun, bearing serial number A1760, and further defined as a Weapon Made from a Shotgun, not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

FORFEITURE

The Grand Jury further charges:

3. The allegations of Counts 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant DANNIE WIREMAN, III, shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; and all firearms involved in the commission of the violation charged in Count 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.